# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO: 3:05CV116

| | |
|---|---|
| WANDA C. THREATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOHN E. POTTER, ) | |
| Postmaster General of the United States, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. The undersigned notes that there has been no certification of a Rule 26(f) conference in this matter.

**IT IS, THEREFORE, ORDERED** that the parties confer pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1(A) and file a written report, jointly if possible, of that initial attorneys' conference, along with a proposed discovery plan, on or before **May 4, 2007**.

Signed: April 9, 2007

David C. Keesler
United States Magistrate Judge