**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO: 3:05-CV-116-DCK**

| | | |
|---|---|---|
| WANDA C. THREATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN E. POTTER, | ) | |
| Postmaster General of the United States, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Application For Exemption From Mediation" (Document No. 23), filed March 10, 2008. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is now ripe for disposition.

Having carefully considered the motion, the record, and the comments of counsel for each party in a telephone status conference held today, the undersigned will reluctantly grant the motion. Respectfully, the Court is disappointed by the untimely request, just five (5) days before a report of mediation was due, and by an apparent lack of effort by both sides to diligently pursue alternative dispute resolution which is a requirement in this district. "All parties to civil actions are required to attend a Mediated Settlement Conference, unless otherwise ordered by the Court." (Local Rule 16.2(A)).

The parties are reminded that the Motions Deadline is **April 30, 2008**. If this case is not settled, or resolved by adjudication of a dispositive motion, it will go to trial in the term beginning **August 4, 2008.** Further extensions in this case are unlikely.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Application For Exemption From Mediation" (Document No. 23) is **GRANTED**.

Signed: March 13, 2008

David C. Keesler
United States Magistrate Judge