# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:05-CV-116-DCK

| | |
|---|---|
| WANDA C. THREATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOHN E. POTTER, ) | |
| **Postmaster General of the United States,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there is a motion for summary judgment that will soon be ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Status and Motions Hearing, on **June 17, 2007**, prepared to discuss the status of this case and to argue any pending motions. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**SO ORDERED**.

Signed: May 19, 2008

David C. Keesler
United States Magistrate Judge