# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Wanda C. Threatt,

    Plaintiff(s),

vs.

John E. Potter,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv116

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/3/2008 Order.

Signed: July 3, 2008

Frank G. Johns, Clerk
United States District Court